176    APPELLATE COURTS OF ILLINOIS.

The George H. Mead Agency v. Saltonstall, 191 Ill. App. 176.

## The George H. Mead Agency, Defendant in Error, v. Richard M. Saltonstall et al., Plaintiffs in Error.

### Gen. No. 19,719.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRANK C. GRAHAM, Judge, presiding. Heard in this court at the October term, 1913. Reversed. Opinion filed January 25, 1915.

### Statement of the Case.

This case is the replevin suit referred to in the statement of facts in the case of *Saltonstall v. George H. Mead and The George H. Mead Agency, Inc.*, reported on p. 173, *ante*, and the decision in that case held controlling.

ALLEN G. MILLS, for plaintiffs in error.

No appearance for defendant in error.

MR. JUSTICE MCSURELY delivered the opinion of the court.